**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-2439**

FATMA JUMA KHATIB,

Petitioner,

versus

JOHN ASHCROFT, U. S. Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A78-597-045)

Submitted:  May 24, 2004          Decided:  July 13, 2004

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Richard S. Bromberg, LAW OFFICES OF RICHARD S. BROMBERG, Washington, D.C., for Petitioner.  Peter D. Keisler, Assistant Attorney General, Donald E. Keener, Deputy Director, Francis W. Fraser, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fatma Juma Khatib, a native and citizen of Tanzania, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming the immigration judge's decision denying her applications for asylum, withholding of removal, and withholding under the Convention Against Torture. We deny the petition for review.

We find the Board's decision affirming the immigration judge's discretionary decision that Khatib was not eligible for asylum was not manifestly contrary to the law or an abuse of discretion. See 8 U.S.C. 1252(b)(4)(D)(2000). We further find substantial evidence supports the immigration judge's findings. We do not find the evidence so compelling that it warrants a different conclusion. Rusu v. INS, 296 F.3d 316, 325 n.14 (4th Cir. 2002).

Finally, we find no error in the Board's summary affirmance. See In re Burbano, 20 I. & N. 872, 874 (BIA 1994).

We deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -